UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 00-168-002(MJD)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LEONARD LOUIS HANSON,<br>Defendant. | GOVERNMENT'S MEMORANDUM IN OPPOSITION TO REQUEST FOR GRAND JURY TRANSCRIPTS |

Leonard Hanson pled guilty on January 5, 2001 to aiding and abetting the manufacture of marijuana. On May 31, 2001 the defendant was sentenced by this Court to 60 months imprisonment. By memo dated June 14, 2004 defendant Leonard Hanson requested a copy of the grand jury transcripts from the Court in his then completed criminal drug case, pursuant to both Brady and Jencks.

The government did not receive the request until March 28, 2006 and is therefore responding to it at this time. There is no basis to grant the request. First, because the defendant pled guilty and waived his right to trial, there is no basis under the Jencks Act for the disclosure of the transcripts. Second, there is no basis under Brady to disclose the transcripts. He has waived any rights he has by not raising it at the time of sentencing or on direct appeal. Furthermore, the government can attest that it contains no Brady material. The undersigned has read the transcript and can provide it to the Court under seal if it so desires.

Most importantly, grand jury material may not be disclosed unless the defendant seeking the disclosure demonstrates a "particularized need". U.S. v. Sileven, 985 F.2d 962, 965 (8th Cir. 1993) (per curiam). Significantly, a "bare allegation" that the records are necessary to determine if there may be a defect in the grand jury process does not satisfy the "particularized need" requirement. U.S. v. Broyles, 37 F.3rd 1314, 1318 (8th Cir. 1994).

Here, the defendant has not articulated any basis, let alone a "particularized need", for the grand jury transcripts. As noted, neither Jencks or Brady apply as he waived his trial rights; further there is no Brady material contained in the grand jury transcripts. As a result the request should be denied.

Dated: April 11, 2006

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
First Assistant U.S. Attorney
Attorney ID Number 59298